

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 4 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:14-CR-070-LRH-(WGC) |
| | ) |
| KENNETH LEROY AUSTIN, | ) |
| | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On April 22, 2015, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3) based upon the plea of guilty by defendant KENNETH LEROY AUSTIN to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant KENNETH LEROY AUSTIN pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 17; Plea Agreement, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 20.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 24, 2015, through May 23, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 21.

///

1      This Court finds no petition was filed herein by or on behalf of any person or entity and the

2 time for filing such petitions and claims has expired.

3      This Court finds no petitions are pending with regard to the assets named herein and the time

4 for presenting such petitions has expired.

5      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3); and Title 21, United

9 States Code, Section 853(n)(7) and shall be disposed of according to law:

10      Gateway Desktop Computer, SN RS42945037021 containing one (1) Western Digital Hard

11 Drive, 500 GB, SN WCASY3783140, and one (1) Western Digital Hard Drive, 250 GB, SN

12 WMAL41521524.

13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

14 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

15 income derived as a result of the United States of America's management of any property forfeited

16 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

18 certified copies to the United States Attorney's Office.

19      DATED this 24 day of August, 2015.

20

21

22

23                    UNITED STATES DISTRICT JUDGE

24

25

26